IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


United States of America                                                                    Plaintiff

                        vs.                                            Court No. 1:97CR53DCB

Dwayne Etheridge                                                                    Defendant

                        and

Solar Control Of Biloxi, Inc.
1739 Pass Road
Biloxi, MS  39531                                                                    Garnishee

ORDER QUASHING GARNISHMENT

        This matter comes on for consideration on a Motion of the United States to quash the Writ

of Garnishment (#21) issued in this action on January 6, 2010, on the grounds that the defendant

works for the Garnishee, Solar Control, under contract and not as an employee.

        IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued

in this action, be and it is hereby quashed, and the garnishee, Solar Control Of Biloxi, Inc., is hereby

dismissed.

        ORDERED this  22nd   day of    March        , 2010.



                            s/David Bramlette
                        HONORABLE DAVID C. BRAMLETTE III
                        UNITED STATES DISTRICT JUDGE