# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                            **Plaintiff**

**V.**                                            **Court No. 1:97-CR-53-DCB**

**Dwayne Etheridge**                                            **Defendant**

**And**

**Keesler Federal Credit Union**
**Legal Department**
**2602 Pass Road**
**Biloxi, MS 39531**                                            **Garnishee**

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion [#38] of the United States Attorney to quash the Writ of Continuing Bank Garnishment issued in this action on the grounds that the United States and Defendant, Dwayne Etheridge, have entered into a payment agreement.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on August 15, 2016, [#33] be and it is hereby quashed, and the garnishee, Keesler Federal Credit Union, is hereby dismissed.

ORDERED AND ADJUDGED this 29th day of August, 2016.

                                                    s/David Bramlette
                                        HONORABLE DAVID C. BRAMLETTE, III
                                        SR. UNITED STATES DISTRICT JUDGE