IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Plaintiff** |
| **V.** | **Court No. 1:97-CR-53-DCB** |
| **Dwayne Etheridge** | **Defendant** |
| **And** | |
| **Regions Bank**<br>**Regional Bank**<br>**ATTN.: Alice Turk**<br>**Post Office Box 830590**<br>**Birmingham, AL 35283-0590** | **Garnishee** |

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion [#39] of the United States Attorney to quash the Writ of Continuing Bank Garnishment issued in this action on the grounds that the United States and Defendant, Dwayne Etheridge, have entered into a payment agreement.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on August 15, 2016, [#33] be and it is hereby quashed, and the garnishee, **Regions Bank**, is hereby dismissed.

ORDERED AND ADJUDGED this  29th  day of   August  , 2016.

  s/ David Bramlette  
HONORABLE DAVID C. BRAMLETTE, III
SR. UNITED STATES DISTRICT JUDGE