**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                            **Plaintiff**

**V.**                                                            **Court No. 1:97-CR-53-DCB**

**Dwayne Etheridge**                                                            **Defendant**

**And**

**The Peoples Bank
Legal Department
2560 Pass Road
Biloxi, MS 39531**                                                            **Garnishee**

## ORDER QUASHING GARNISHMENT

      This cause came on for consideration on a motion [#40] of the United States Attorney to quash the Writ of Continuing Bank Garnishment issued in this action on the grounds that the United States and Defendant, Dwayne Etheridge, have entered into a payment agreement.

      IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on August 15, 2016, [#33] be and it is hereby quashed, and the garnishee, The Peoples Bank, is hereby dismissed.

      ORDERED AND ADJUDGED this 29th day of August, 2016.

                                                      s/David Bramlette
                                           HONORABLE DAVID C. BRAMLETTE, III
                                           SR. UNITED STATES DISTRICT JUDGE