**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**          **Plaintiff**

**V.**          **Court No. 1:97-CR-53-DCB**

**Dwayne Etheridge**          **Defendant**

**And**

**The First Bank
Legal Department
2605 Pass Road
Biloxi, MS 39531**          **Garnishee**

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion [#41] of the United States Attorney to quash the Writ of Continuing Bank Garnishment issued in this action on the grounds that the United States and Defendant, Dwayne Etheridge, have entered into a payment agreement.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on <u>August 15, 2016</u>, [#33] be and it is hereby quashed, and the garnishee, The First Bank, is hereby dismissed.

ORDERED AND ADJUDGED this <u>  29th </u> day of <u>  August  </u>, 2016.

                            <u>       s/David Bramlette               </u>
                            HONORABLE DAVID C. BRAMLETTE, III
                            SR. UNITED STATES DISTRICT JUDGE