IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**                                              **Plaintiff**

**V.**                                              **Court No. 1:97CR53BRG**

**Dwayne Etheridge**                                              **Defendant**

**And**

**Bancorp South**
**Legal Department**
**2364 Pass Road**
**Biloxi, MS 39531**                                              **Garnishee**

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion [#36] of the United States Attorney to quash the Writ of Continuing Bank Garnishment issued in this action on the grounds that the United States and Defendant, Dwayne Etheridge, have entered into a payment agreement.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on August 15, 2016, [#33] be and it is hereby quashed, and the garnishee, Bancorp South Bank, is hereby dismissed.

ORDERED AND ADJUDGED this  29th  day of August, 2016.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE, III
SR. UNITED STATES DISTRICT JUDGE