**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**                                    **Plaintiff**

**V.**                                    **Court No. 1:97-CR-53-DCB**

**Dwayne Etheridge**                                    **Defendant**

**And**

**Hancock Bank**
**Legal Department**
**2369 Pass Road**
**Biloxi, MS 39531**                                    **Garnishee**

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion [#37] of the United States Attorney to quash the Writ of Continuing Bank Garnishment issued in this action on the grounds that the United States and Defendant, Dwayne Etheridge, have entered into a payment agreement.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on August 15, 2016, [#33] be and it is hereby quashed, and the garnishee, Hancock Bank, is hereby dismissed.

ORDERED AND ADJUDGED this  29th   day of  August, 2016.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE, III
SR. UNITED STATES DISTRICT JUDGE